UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-091 (DWF/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Erick Emilio Diaz-Aguilar (1), | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated October 24, 2025 [Doc. No. 143], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence Obtained as a Result of Seach and Seizure [Doc. No. 96] is **DENIED**.

Date:   November 17, 2025

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge