UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-91 (SRN/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **MOTION TO DISMISS COUNT 3 OF THE SUPERSEDING INDICTMENT AGAINST ERICK EMILIO DIAZ-AGUILAR** |
| v. | |
| ERICK EMILIO DIAZ-AGUILAR, | |
| Defendant. | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Raphael B. Coburn and William C. Mattessich, Assistant United States Attorneys, hereby moves the Court for an order dismissing Count 3 of the Superseding Indictment returned by the Grand Jury on July 24, 2025. ECF No. 103. Count 3 alleges that on October 3, 2024, Mr. Diaz-Aguilar distributed 50 grams or more of methamphetamine. This motion is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: February 1, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Raphael B. Coburn*

BY: RAPHAEL B. COBURN
BY: WILLIAM C. MATTESSICH
Assistant U.S. Attorneys